■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES R. McNEIL, Appellant. [983 NYS2d 906]—

Appeal by the defendant from an order of the County Court, Suffolk County (Kahn, J.), dated April 17, 2013, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The County Court's designation of the defendant as a level two sex offender under the Sex Offender Registration Act (hereinafter SORA) was supported by clear and convincing evidence (*see* Correction Law art 6-C; *People v Dong V. Dao*, 9 AD3d 401, 401-402 [2004]). Contrary to the defendant's contention, the court properly assessed 15 points under risk factor 11 for a history of alcohol abuse (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 15 [2006]; *People v Crandall*, 90 AD3d 628, 630 [2011]; *People v Abrams*, 76 AD3d 1058 [2010]; *People v Luebbert*, 73 AD3d 1399 [2010]; *People v Goodwin*, 49 AD3d 619 [2008]). The defendant was also properly assessed points under risk factor 14 ("release without supervision") since he was released from jail without any parole or probation conditions (*see* Sex Offender Registration Act: Risk Assessment Guidelines and Commentary at 17; *People v Lewis*, 37 AD3d 689 [2007]; *People v Hyson*, 27 AD3d 919 [2006]). Skelos, J.P., Austin, Sgroi and LaSalle, JJ., concur.